SERVICE COPY

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: DIVISION: SECTION:

DELENE JOSEPH

VERSUS

TRAVELERS INSURANCE COMPANY

FILED 2009 DEC 2 P 1:34 CIVIL DISTRICT COURT

FILED: ____________ DEPUTY CLERK

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes, Petitioner Delene Joseph, an individual of the full age of majority, lawful residents of the Parish of Orleans, State of Louisiana, who, with respect, represent that:

1.

Made defendant herein is Travelers Insurance Company, a foreign corporation, authorized to do and doing business, in the Parish of Orleans, State of Louisiana, and which made the Secretary of State, State of Louisiana, be its agent for service of process.

2.

Defendant, Travelers Insurance Company, is liable unto your petitioner, Delene Joseph, for damages due to her under the Louisiana Civil Code, penalties, interests, attorney's fees, and any other relief that the law may allow for the following reason to-wit:

3.

On or about, August 29, 2005, Delene Joseph was the owner of the property known as 20 Kristen Ct., New Orleans, LA 70128.

4.

As a result of Hurricane Katrina, Rita, and Gustav, said property sustained wind damage, and Petitioner, timely filed a claim against defendant Travelers Insurance Company, which had in full force and affect a policy of wind-storm damage coverage issued in favor of your petitioner, which policy was in full force and effect at the time.

EXHIBIT A

5.

Despite acting in full compliance with all provisions of said insurance policy, defendant, Travelers Insurance Company negligently acted in an arbitrary and capricious manner and failed to provide petitioner with all layers of coverage issued under said policy including but not limited to:

    A. Damage for property damage;

    B. Loss of use of property;

    C. Mold remediation;

    D. Loss of Contents;

    E. Debris removal;

    F. And all other types of coverage that was listed in said policy of insurance.

6.

Defendant has failed to provide your petitioner with the necessary layers of coverage within the time delays set out under the Louisiana Insurance Code and accordingly are in debt to your petitioner not only for coverages outlined here and above but also for all penalties, attorney's fees, and other measures permitted under the Louisiana Insurance Code for failure to adjust claims in a fair and reasonable way and to pay plaintiff's in a timely fashion.

WHEREFORE, after due proceedings be had, let there be judgment in favor of your petitioner, Delene Joseph, as against defendant, Travelers Insurance Company, for all damages outlined here and above together with judicial interests paid, all costs of proceedings, attorney's fees, penalties, and any other relief that the law may allow under the Louisiana Insurance Code due to the arbitrary and capricious way they handled claims.

Respectfully submitted,

DAVID W. BERNBERG, #14079
Law Office of David W. Bernberg
Whitney Bank Building, Ste. 501
228 St. Charles
New Orleans, LA 70130
Phone (504) 581-7050
Facsimile (504) 581-7057

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

**PLEASE SERVE**

Travelers Insurance Company
THRU THE SECRETARY OF STATE
State of Louisiana
Baton Rouge, LA

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

1/12/10

TRAVELERS INSURANCE COMPANY
C/O METLIFE INSURANCE COMPANY OF CONNECTICUT
18210 CRANE NEST DRIVE
TAMPA, FL 33647

CORPORATE LITIGATION
HARTFORD
JAN 29 2010
RECEIVED AM

SUIT NO: 200913311
CIVIL DISTRICT COURT
PARISH OF ORLEANS

DELENE JOSEPH
VS
TRAVELERS INSURANCE COMPANY

Received
JAN 26 2010
Law Department

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE
Served by: J. BROWN

Date: 1/11/10 at 3:00 PM
Title: DEPUTY SHERIFF

| Received | Number | Date | Paid By | Amount |
|---|---|---|---|---|
| CHECK/M.O. | 122257 | 1/05/10 | OFFICE CIVIL SHERIFF | 25.00 |

ADM $250

# NO. 742220



ATTORNEY'S NAME: Bernberg, David 14079
AND ADDRESS: 228 St. Charles Ave, Suite 501
New Orleans LA 70130

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2009 -- 13311 1 SECTION: 15 -- B

JOSEPH, DELENE versus TRAVELERS INSURANCE COMPANY

# CITATION

TO: TRAVELERS INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE

BATON ROUGE, LA 70809

SERVED O
JAY DARDEN
JAN 11 20
SECRETARY OF ST
COMMERCIAL DIV

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 29, 2009.

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by [signature]
Deputy Clerk

SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE

On this ______ day of ____________________
__________ served a copy of the w/i petition
FOR DAMAGES

On
TRAVELERS INSURANCE COMPANY

THROUGH: THE LOUISIANA SECRETARY OF STATE

Returned same day
No. ______
Deputy Sheriff of ____________
Mileage: $__________

______ / ENTERED / ______
PAPER RETURN

______ / ______ / ______
SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ______ day of ____________________
__________ served a copy of the w/i petition
FOR DAMAGES

On
TRAVELERS INSURANCE COMPANY

THROUGH: THE LOUISIANA SECRETARY OF STATE

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ____________
TRAVELERS INSURANCE COMPANY

being absent from the domicile at time of said service.
Returned same day
No. ______
Deputy Sheriff of ____________

FILED

2010 FEB -2 P 3:53

CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**NO. 2009-13311** **DIVISION B-15**

**DELENE JOSEPH**

**VERSUS**

**TRAVELERS INSURANCE COMPANY**

**FILED**____________________ ____________________

**DEPUTY CLERK**

**REQUEST FOR WRITTEN NOTICE OF**
**ASSIGNMENT AND WRITTEN NOTICE**
**OF ANY STAY ORDER OR JUDGMENT MADE OR RENDERED**

**TO: Clerk of Court, Civil District Court**
**Parish of Orleans, State of Louisiana**

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, defendant, Travelers Insurance Company, files this Request for Written Notice of the date of trial in the above entitled and numbered cause, such notice to be provided to it through its counsel named below by mail, ten (10) days in advance of any date fixed for any trial or hearing of this cause, whether on exceptions, rules or the merits thereof. In accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, defendant requests immediate notice to its counsel of any order or judgment rendered in this cause upon the entry of any such order or judgment.

Respectfully submitted,

[signature]

SIMEON B. REIMONENQ, JR., #19755
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for Travelers Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record this 2nd day of February, 2010, via U.S. mail, postage prepaid.

Simeon B. Reimonenq, Jr.

FILED

2010 FEB -2 P 3:53

CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 2009-13311 DIVISION B-15

DELENE JOSEPH

VERSUS

TRAVELERS INSURANCE COMPANY

FILED_____________________ _____________________
DEPUTY CLERK

**FIRST MOTION AND ORDER FOR EXTENSION OF TIME**

**ON MOTION OF** defendant, Travelers Insurance Company, through undersigned counsel, appearing for the special and sole purpose of obtaining a twenty (20) day extension of time within which to answer, object or otherwise respond to the Petition for Damages filed herein by plaintiff, undersigned counsel requires additional time to prepare responsive pleadings.

**IT IS ORDERED** that Travelers Insurance Company be and is hereby granted a twenty (20) day extension of time until February 22, 2010 within which to answer, object or otherwise respond to the Petition for Damages filed by plaintiff.

New Orleans, Louisiana, this 2nd day of February, 2010.

(Sgd.) Herbert A. Cade
Judge - Division "K"
JUDGE

Respectfully submitted,

SIMEON B. REIMONENQ, JR., #19755
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for Travelers Insurance Company**

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record this 2nd day of February, 2010, via U.S. mail, postage prepaid.

Simeon B. Reimonenq, Jr.

Case Number: 2009 - 13311 B - 15

JOSEPH, DELENE versus TRAVELERS INSURANCE COMPANY

| Filed: 12/22/2009 | Type: HURRICANE SUIT | Cat: Paying |
|---|---|---|

PAGE 1 OF 1

| Date Filed | Description | |
|---|---|---|
| 12/29/2009 | Citation - TRAVELERS INSURANCE COMPANY | View |

Pleading Detail...

**Litigant:** JOSEPH, DELENE **Attorney:** 14079 -- Bernberg, David W

**Filed as Pauper:** No **Fee Amount Charged:** 0.00 **Amount Paid:** 0.00 **Amount Due:** 0.00

**Date Signed:** **Signed By:** **Witness Date:** 12/29/2009

**Show Cause Date:** **IFP Order Signed Date:** **Signed By:**

**Remarks:**

Service Detail... Document ID 1

**Party Served:** TRAVELERS INSURANCE COMPANY **Through:** THE LOUISIANA SECRETARY OF STATE

**Address1:** **Address2:**

**City / State / Zip:** BATON ROUGE,, LA 70809

**Service Remarks:** FOR DAMAGES

Return Detail...

**Date Returned to Clerk's Office:** 1/20/2010 **Date of Service:** 1/11/2010

**Type of Service:** Personal **Sheriff:**

**Return Remarks:**

PAGE 1 OF 1

RETURN

FedEx Kinko's℠
Office and Print Center

# Fax Cover Sheet

Date 10/16/09

Number of pages 7 (including cover page)

## To:

Name Carrie Hochman

Company Travelers

Telephone 800-842-6440

Fax 800-688-1493

## From:

Name Selene M. Joseph

Company

Telephone (504) 430-5246

Comments

7 90363 00711 1
Fax - Local Send

7 90363 00714 2
Fax - Domestic Send

7 90363 01476 8
DOMESTIC Send Addl Pages

7 90363 00720
Fax - International Send

fedexkinkos.com 1.800.GoFedEx 1.800.463.3339

© 2006 FedEx Kinko's Office and Print Services, Inc. All rights reserved. Products, services and hours vary by location. fm05.185 1.06

22705

tabbies
EXHIBIT
B

To: Travelers Insurance

From: Delene M. Joseph

RE: 20 Kristen Ct. New Orleans, La. 70128

Date: September 9, 2009

This is a request for release of recoverable for completed work on above property. Claim number LTE6004. Please see completed Contractors Invoices submitted.

Thank You,

Delene M. Joseph

(504) 430-5246

# JOB INVOICE

Authur Chaney LTB 6004

504-913-8330
504-258-9260

| DATE ORDERED | ORDER TAKEN BY |
|---|---|
| PHONE NO. | CUSTOMER ORDER # |
| JOB LOCATION | |
| JOB PHONE | STARTING DATE |
| TERMS | |

TO Deneon Joseph
ADDRESS 20 Kristen CT
New Orleans LA. 70128
ATTENTION

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| (1) | Hang, Tape & Finish Sheet Rock in Bed Rooms & Den, Kitchen area. | | |
| (2) | Patch Rock ceiling, Bath, Foyer entry way. Build A/C Closet & Sheet Rock it also. | | |
| (3) | Prep Flooring Den, Dining Rm, Master Bed Rm, (2) Guest Rm, Install Hard wood Floors | | |
| (4) | Build closet in garage area & Rock it. Tile garage area, Bath Rooms, Kitchen & Tub & Shower area | | |
| (5) | install Kit cabinets & crown molding install Exterior & interior Doors Refinish Front Door | | |
| (6) | Install all crown molding throughout the House. Triple crown in Den | | |
| (7) | install all Base & shoe molding | | |
| (8) | install Fire Place Hang & Mantel with Tile Front | | |
| (9) | Fix shower Pan & install all Door Locks | | |

**DESCRIPTION OF WORK**

(10) Hang all Bath Rm Fixtures Toilet paper Holders, Towel Racks Cloths Hooks
(12) Install address #
(13) Door Stop, Kick Plate
(14) Frame Stove ceiling in Den, Bath, Bed Rm

**MISCELLANEOUS CHARGES**

Owner Provided all Materials

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| | | | 25,475.00 |

WORK ORDERED BY
DATE ORDERED
DATE COMPLETED 8/26/09

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | 25,475.00 |

[signature] 8/26/09

CUSTOMER APPROVAL SIGNATURE

AUTHORIZED SIGNATURE Authur Chaney

adams NC2817 JOB INVOICE

546358

LTG6004

10/16/2009 15:38 504--889-9217 FEDEX OFFICE 1508 PAGE 04

**ORDER INFO**

customer's order no.

phone 231-392-656

date 4/4/09

name Delene M. Joseph

address 20 Kristen Court

city, state, zip N.O. LA. 70128

sold by Brett

cash ☐ c.o.d. ☐ charge ☐ on acct ☐

shipping information Check # 4151

| quantity | description | price | amount |
|---|---|---|---|
| 1 | Trim out complete, | | |
| 2 | Includes All material | | |
| 3 | and Labor, Fixtures | | |
| 4 | supplied by owner | | |
| 5 | | | |
| 6 | Total trim | $680 | |
| 7 | Extra Material | $100 | |
| 8 | Extra Labor | $100 | |
| 9 | Re-Permit Cost | $120 | |
| 10 | | | |
| 11 | Total | $1000 | |
| 12 | Pd. check # 4151 | | |
| 13 | 4/4/09 | | |
| 14 | [signature] | | |

received by

adams

keep this slip for reference

DC5808UV

# CONTRACTORS INVOICE

LTE 6004

| TO | WORK PERFORMED AT: |
|---|---|
| | Same |
| Delene Joseph | C. Palmer Renovation |
| 20 Kristen Ct | 1507 Hanging Moss Ln |
| N.O. La, 70128 | Gretna, La, 70056 |

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| | | |

**DESCRIPTION OF WORK PERFORMED**

UpGrade of octagon Ceiling - 3 levels.
2,950 Check no 3988 3-12-08
UpGrade A/C 700.00 Check no 3912 - 3-18-08
Install new fence - ~~3000.00~~ 800.00 Check no 4072 - 4-2-08.
4-12-08 - Check no - 3919 - 5-12-08 fence payment 800.00

Total Paid 7,450.00

Charles Palmer

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of ______________________________ Dollars ($ ______________).

This is a ☐ Partial ☐ Full invoice due and payable by: ________ Month ________ Day ________ Year

In accordance with our ☐ Agreement ☐ Proposal No. ____________ Dated ________ Month ________ Day ________ Year

TC8122
MADE IN MEXICO

CONTRACTORS INVOICE

LTE 6.004

WORK PERFORMED AT:

TO: Delene Joseph
20 Kristen Ct
N.ola 70128

Same
C. Palmer Renovation
1507 Hanging moss hill
Chef Ny, La 70056

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| | | |

### DESCRIPTION OF WORK PERFORMED

1st Draw - 20,000.00 to Cover Closing of front Garage
Cutting, Electrical trim out a/c trim Mold treatment
Octagon Ceiling Install 2-25-08 - Check no 3896
2nd Draw - Stucco front of Closing of Garage. SheetRock
Tape - float texture & Paint,
15,000.00 Check no! 3911 - 3-18-08
3rd Draw - Install 2 tubs, 1 Shower + Completion
         of Electrical 4-12-08 - 6,500.00 Check no! 4078
4th Draw - 5-16-08 - Check 3921 - 10,000.00   4078

Total Paid - 51,500.00     Charles Palmer

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ _____ ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month          Day          Year

in accordance with our  ☐ Agreement  ☐ Proposal   No. _____  Dated _____
Month          Day          Year

TC8122
MADE IN MEXICO

## CONTRACTORS INVOICE

# CONTRACTORS INVOICE

LTB6004

TO: [illegible] Joseph
20 [illegible] Ct
[illegible]

WORK PERFORMED AT: Same

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3-25-08 | | |

**DESCRIPTION OF WORK PERFORMED**

[illegible] all floor [illegible] all [illegible] toilets [illegible] Install 2 Windows [illegible] all windows [illegible] Windows [illegible] Mold [illegible] inside [illegible] and tile. Insulated Ceiling [illegible] Sheet Rock Tape [illegible] Stucco [illegible] Paint Install all floor Doors [illegible] toilets [illegible] Kitchen Cabinets Crown Molding [illegible] all Doors, Floors, Crown Molding - Kitchen Cabinets Vanity, [illegible] toilet, Hot Water Heater [illegible] Plumbing fixtures [illegible] total 55,000.00

Stucco in front of house [illegible]

1st Draw - 20,000 to Cover [illegible] Front Garage [illegible] Install Windows, Electrical [illegible] out. AC [illegible] mold treat [illegible] Cathedral Ceiling, Insulation

2nd Draw 20,000.00 to Cover - Sheet Rock [illegible] texture [illegible] & Paint

3rd Draw - 10,000.00 - Install Floors Doors, Baseboard Crown Molding [illegible] fixtures, Light fixtures [illegible]

4th - Installing Kitchen Cabinets 5,000.00 x

5th 5,000.00 on Completion of house -

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of ________ Dollars ($ ________ ).

This is a ☑ Partial ☐ Full invoice due and payable by: ________ Month ________ Day ________ Year

In accordance with our ☐ Agreement ☐ Proposal No. ________ Dated ________ Month ________ Day ________ Year

CONTRACTORS INVOICE

10/16/2009 15:38 504-889-9217 FEDEX OFFICE 1508 PAGE 07